IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES GARRETT,

      Plaintiff,                  No. CIV S-07-1672 FCD KJM P

   vs.

HIGH DESERT STATE PRISON, et al.,

      Defendants.       ORDER

_____/

      Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. However, the certificate portion of the request which must be completed by plaintiff's institution of incarceration has not been filled out. Also, plaintiff has not filed a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint. See 28 U.S.C. § 1915(a)(2). Plaintiff will be provided the opportunity to submit a completed in forma pauperis application and a certified copy of his prison trust account statement.

/////

/////

/////

1       In accordance with the above, IT IS HEREBY ORDERED that:

2       1. Plaintiff shall submit, within thirty days from the date of this order, a
3  completed affidavit in support of his request to proceed in forma pauperis on the form provided
4  by the Clerk of Court;

5       2. The Clerk of the Court is directed to send plaintiff a new Application to
6  Proceed In Forma Pauperis By a Prisoner; and

7       3. Plaintiff shall submit, within thirty days from the date of this order, a certified
8  copy of his prison trust account statement for the six month period immediately preceding the
9  filing of the complaint. Plaintiff's failure to comply with this order will result in a
10 recommendation that this action be dismissed without prejudice.

11 DATED: August 30, 2007.

_____
U.S. MAGISTRATE JUDGE

/mp
garr1672.3c+new