IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES GARRETT,

        Plaintiff,                     No. CIV S-07-1672 FCD KJM P

    vs.

HIGH DESERT STATE PRISON, et al.,

        Defendants.            ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action filed pursuant to 42 U.S.C. § 1983. By order filed December 5, 2007, plaintiff's complaint was dismissed with leave to file an amended complaint. Plaintiff has now filed an amended complaint.

        The amended complaint states a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b). If the allegations of the amended complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Service is appropriate for defendant McCue.

        2. The Clerk of the Court shall send plaintiff one USM-285 forms, one summons, an instruction sheet and a copy of the amended complaint filed January 2, 2008.

1

1          3. Within thirty days from the date of this order, plaintiff shall complete the
2   attached Notice of Submission of Documents and submit the following documents to the court:
3          a. The completed Notice of Submission of Documents;
4          b. One completed summons;
5          c. One completed USM-285 form for the defendant listed in number 1
6          above; and
7          d. Two copies of the endorsed amended complaint filed January 2, 2008.
8          4. Plaintiff need not attempt service on defendants and need not request waiver of
9   service.  Upon receipt of the above-described documents, the court will direct the United States
10  Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4
11  without payment of costs.
12  DATED: February 4, 2008.

_____
U.S. MAGISTRATE JUDGE

17  2

18  garr1672.1am

|   |   |
|---|---|
| 1 |  |
| 2 |  |
| 3 |  |
| 4 |  |
| 5 |  |
| 6 |  |
| 7 |  |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES GARRETT,

        Plaintiff,                No. CIV S-07-1672 FCD KJM P

    vs.

HIGH DESERT STATE
PRISON, et al.,                 NOTICE OF SUBMISSION

        Defendants.              OF DOCUMENTS

_____/

        Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

        _____ completed summons form

        _____ completed USM-285 forms

        _____ copies of the _____
                              Amended Complaint

DATED:

                                    _____
                                    Plaintiff