IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES GARRETT,

      Plaintiff,                    No. CIV S-07-1672 FCD KJM P

    vs.

HIGH DESERT STATE PRISON, et al.,

      Defendants.          ORDER

        Plaintiff has requested an extension of time to submit the documents for service pursuant to the court's order of February 4, 2008. On March 3, 2008 plaintiff submitted the necessary documents for service. These documents will be deemed timely. Good cause appearing, IT IS HEREBY ORDERED that:

        1. The documents filed on March 3, 2008 are deemed timely; and

        2. Plaintiff's request for an extension of time (docket no. 14) is moot.

DATED: March 6, 2008.

                                        U.S. MAGISTRATE JUDGE

/mp
garr1672.36