IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES GARRETT,

      Plaintiff,                    No. CIV S-07-1672 FCD KJM P

   vs.

HIGH DESERT STATE PRISON, et al.,

      Defendants.              ORDER

_____/

        Plaintiff has requested the appointment of counsel. The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, the court does not find the required exceptional circumstances. Plaintiff's requests for the appointment of counsel will therefore be denied.

        In addition, plaintiff has requested an extension of time in which to conduct discovery. He maintains that because the institution has been on lockdown, he has been unable to get to the law library to prepare his discovery requests. He has not informed the court,

1

however, if there is a schedule for lifting the lockdown or for resuming limited law library access despite the lockdown. His motion will be denied without prejudice to a more complete showing.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's requests for the appointment of counsel (docket Nos. 23 and 24) are denied; and

2. Plaintiff's request for an extension of time in which to conduct discovery (docket no. 22) is denied without prejudice.

DATED: July 9, 2008.

_____
U.S. MAGISTRATE JUDGE

2/mp
garr1672.31