IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES GARRETT,

      Plaintiff,                        No. CIV S-07-1672 FCD KJM P

    vs.

HIGH DESERT STATE PRISON, et al.,

      Defendants.             <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has requested that this action be dismissed.

        Accordingly, IT IS HEREBY ORDERED that defendants notify this court, within ten days, whether they have any objection to the dismissal of this action. Should defendants fail to respond, plaintiff's request will be granted pursuant to Fed. R. Civ. P. 41(a)(2).

DATED: October 22, 2008.

_____
U.S. MAGISTRATE JUDGE

/mp
garr1672.59a