IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES GARRETT,

      Plaintiff,                         No. CIV S-07-1672 FCD KJM P

    vs.

HIGH DESERT STATE PRISON, et al.,

      Defendants.               <u>ORDER</u>

           Plaintiff, a state prisoner proceeding pro se, has requested that this action be dismissed. Pursuant to Fed. R. Civ. P. 41(a), plaintiff's request shall be honored.

           Accordingly, IT IS HEREBY ORDERED that this action is dismissed.

DATED: November 14, 2008.

_____
U.S. MAGISTRATE JUDGE

2/garr1672.59